# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIS KONTOPEDES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. VIRGA, Warden,<br><br>　　　　Respondent. | Case No. SA CV 10-1381 JSL (JCG)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, **IT IS ADJUDGED** that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Oct. 5, 2010   　　/s/ Spencer Letts
　　　　　　　　　　　　HON. J. SPENCER LETTS
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE